UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**APPROXIMATELY 13.98 MILLION USDT**<br><br>**Defendants.** | **COMPLAINT FOR FORFEITURE** *IN REM*<br><br><br>Civil Action No. 25-cv-3943 |

## <u>WARRANT FOR ARREST *IN REM*</u>

TO:   THE UNITED STATES MARSHAL'S SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS a Verified Complaint for Forfeiture *In Rem* has been filed in the United States District Court for the District of Columbia, on the 14th day of November, 2025, alleging that the above defendant property are subject to seizure and forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), and 28 U.S.C. § 2461(c).

YOU ARE, THEREFORE, HEREBY COMMANDED to serve the defendant property, thus bringing, within the jurisdiction of the Court, said defendant properties, more fully described as:

**APPROXIMATELY 13.98 MILLION USDT**

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed, unless, pursuant to Rule G(3)(c)(ii)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the defendant properties are in the government's possession, custody, or control.

1

Dated: November __17__, 2025



Angela D. Caesar

Clerk of the Court

By:    /s/ Nicole M. Wilkens

Deputy Clerk

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br><br>25-CV-3943 | Date and time warrant executed:<br><br>11/17/2025 - 11:00 PM | Copy of warrant and inventory left with: |

Inventory made in the presence of:

Justin M. Vallese

Inventory of the property taken:

Approximately 13.98 million USDT, lawfully seized by the FBI pursuant to case number 25-sz-33 and then transferred to the custody of the United States Marshals Service.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  11/20/2025

_Executing officer's signature_

Special Agent Justin M. Vallese

_Printed name and title_