**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Civil Action No. 1:25-CV-03943** |
| | **:** | |
| **APPROXIMATELY 13.98 MILLION USDT,** | **:** | |
| | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, respectfully requests that the foregoing Declaration of Publication, be

made part of the record in this case.

Respectfully Submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: */s/ Rick Blaylock Jr.*
    RICK BLAYLOCK JR.
    Assistant United States Attorney
    Asset Forfeiture Coordinator
    Texas Bar Number 24103294
    United States Attorney's Office
    601 D Street NW
    Washington, D.C.  20530
    Telephone: 202-252-6765
    Email: rick.blaylock.jr@usdoj.gov