**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>-against-<br>APPROXIMATELY 13.98 MILLION USDT,<br>Defendant. | Civil Action No. 25-cv-3943 (ABJ) |

**NOTICE OF ATTORNEY APPEARANCE**

Please take note that Ryan Sellinger of Fenwick & West LLP, an attorney duty admitted to practice in the District of Columbia and before this Court, is entering his appearance in the above captioned matter as counsel for Huobi Global S.A.

Date: February 2, 2026

Respectfully submitted,

/s/ *Ryan Sellinger*

Ryan Sellinger
DC Bar No. 1045230
Fenwick & West LLP
1155 F Street NW, 12th Floor
Washington, D.C. 20004
Email: rsellinger@fenwick.com
Phone: 202.970.3062