**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

     Plaintiff,

    -against-

APPROXIMATELY 13.98 MILLION USDT,

    Defendant.

Civil Action No. 25-cv-3943 (ABJ)

### VERIFIED CLAIM OF HUOBI GLOBAL S.A.

1.     Claimant Huobi Global S.A. ("Claimant"), pursuant to Title 18, United States Code, Section 983(a)(4)(A) and Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, by and through its authorized representative and undersigned counsel, hereby claims an interest in the following Defendant Property:

| Compl. ¶13 | Address | USDT Balance | Compl. ¶ |
|---|---|---|---|
| a | TLq5jP2J2ebYghCX1mXP9gcFRfjPbcrfZs | 84,034.68375 | 70 |
| b | TRkJ39s58grMSMqFN8YgToMxcaj95ENFxf | 380,958.41 | 70 |
| c | TDqroZaFsjWXhefyMqXthS2rvxzmWnavNZ | 290,781.6479 | 70 |
| d | TBo6abebYprVVWABcXbpbgtgGRtmeRSrdz | 421,866.4815 | 70 |
| e | TU4oX4BcjgfjQUFuKAC27rKzYvqS5hNyKH | 251,187.3208 | 70 |
| f | TDzh3ss71yCVCdKqcuQjvgaguVkJtmWSFh | 332,905.0076 | 70 |
| g | TEcpUeeiVqxmUujg2s5SAtFxkdN6P9bVB1 | 321,720.7763 | 70 |
| h | TSSs4zyjdQM6L7a6v1umWmng3zzwzquSq8 | 263,097.5426 | 70 |
| i | TEZuPBkVcNyci5WM3zrzoqX6ho4hMXgnJ6 | 273,487.1625 | 70 |
| j | TNBWvFHbBDjd2JzPqwSPywh8rv1C4LXjdM | 296,062.4828 | 70 |
| k | TQPQT3im4NW6MGZSQwJBXA2S6Yj2saSBSy | 314,958.1253 | 70 |
| l | THSBNYfGL9ja7b5xU98f8ofU2iy2gXPjSN | 357,622.497 | 70 |
| m | TTi46bHBvmkgc8NcHLfLB2587XF7GfZFQs | 316,238.6399 | 70 |
| n | TK6vKMXpG6Fsrt462Nahgzg8RuzLfemnRX | 339,919.0635 | 70 |
| o | TZ8Rni5ixMx6SKVFY4Qz7QdZYnbtRuGCVR | 262,350.6675 | 70 |
| p | TXwggJm8GMcbew9J6A5myt8Gi5dxM9j8ia | 277,324.7615 | 70 |
| q | TQ48GtajcAVJmohSBvJ4rvC9oVNZuWz57q | 108,495.3847 | 70 |
| r | TC6WxrikcxBQVN2vpChGwbJP9QEAPp7CoR | 365,776.2585 | 70 |

| Compl. ¶13 | Address | USDT Balance | Compl. ¶ |
|---|---|---|---|
| t | TByiFBGTx83ptNhLiFcQJQxtnG66hs4GY3 | 350,261.9415 | 70 |
| u | TKvUXiHow912c8HPCpwrrdoz4z47NWwL9D | 334,052.6693 | 70 |
| v | TDmBm5zUSiupoV71MXUittZqReN3h85nJc | 341,730.2671 | 70 |
| w | TN7iF7MgBSBNYFr38b3jYiCUEbREJAiWjz | 304,527.7306 | 70 |
| x | TNSn4yJoR96ZruiEWPUFLxLa1k73bVpkEh | 309,727.8048 | 70 |
| x | TG9ZAev1Q4335uM6Gwm5df9eFUFz8e6Xgo | 293,377.3125 | 70 |
| y | TMYtjT2aGUtY16WKF1bkh4ssjoKFKiznqw | 264,039.3413 | 70 |
| z | TLv2pzHZaHyY8k5nWfCE6cGGkLwdQCi3Dg | 302,626.2323 | 70 |
| aa | TLDwBfJBRptX5nFh4rCbvhkhT5cGWbHfKR | 258,569.55 | 70 |
| bb | TWYCvyCmhikaVpKx6Zf3nGWUjYbVhSGQK5 | 272,988.7088 | 70 |
| cc | TRxz3DY9ELAoFSZyf4CuaLyEHhGYmQ8b2w | 265,234.8697 | 70 |
| dd | TTPjk6tJjHPWNxLwEGE4ZW8ADqGsd95zvc | 273,368.621 | 70 |
| ee | TA9bzquWzBRKgjTPJ5gbWMWv86rYqc2yZj | 258,710.773 | 70 |
| ff | TDh6QVjBaYF5kdN2qrREKydArESsG12N9h | 298,349.8531 | 70 |
| gg | TMunHrvu7UCM8Ro6c968SPwRx9EdLDnHW5 | 307,996.576 | 70 |
| hh | TPjsHN4KRdaWYvUbVdMUuAeL6k7qLpTTxW | 341,073.8958 | 70 |
| ii | TAZ6yaCrxvyVED6634GKXPntR7v6aBn7Rb | 357,821.4017 | 70 |
| jj | TLVSDypgdtRTd1yuGNquCLMoDhgkVrCgmo | 343,898.2968 | 70 |
| kk | THhic3agJ4544GuJUhuEj7bisxriYfkjb8 | 350,460.8444 | 70 |
| ll | TTbgnFEFEmicu1eXN3bvuE8fKbdx3di8Yb | 332850.915953 | 58 |
| mm | TLivG1x3R7Wgjha1w7Xgz2XWcWRV82yK8c | 329992.67865 | 58 |
| nn | TW6swH66FMUMgjxHHSUUy1qDKrXZxprAKV | 300333.687 | 58 |
| oo | TXKPga6EH25mexfQ7BMFGbVfGwz1rvqXVK | 295697.504896 | 58 |
| pp | TDskBcHHaFYSJz3QuKBSd5Q9ZxEc8dPzyH | 294582.65558 | 58 |
| qq | TXJeZYLn2Vr7DUwvrqceo5VRQ8b9EucxLn | 285412.18378 | 58 |
| rr | TWr1G47DtfvPZ1QAH3RgV9c6SkSSe8a9hS | 273021.82031 | 58 |
| ss | TKdBozGxEFNZoAwX3rYB9gsZ373jQAYgkm | 268792.09259 | 58 |
| tt | TCxCHCndDkz2xNAaYibienjLaS8eZASaXu | 258070.89625 | 58 |
| uu | TVFhKSygmJA1Qu7hrC4eavg8Esp9AoH2pu | 254593.06507 | 58 |
| | **Total** | **13,980,951.10343** | |

(the "Claimed Defendant Property").  As alleged in the Verified Complaint for Forfeiture *In Rem*

("Complaint" or "Compl."), the Claimed Defendant Property is virtual currency (approximately

13.98 million USDT) lawfully seized by the Federal Bureau of Investigation ("FBI") pursuant to

case number 25-sz-33.  Compl. ¶ 13.  In response to the seizure warrant, Tether burned the

USDT associated with the foregoing addresses and reissued an equivalent amount of USDT to

the U.S. government, which Defendant Property is now in the custody of the United States

Marshals Service.  *Id*.

2.     Claimant, a corporation organized and existing under the laws of the Republic of Panama, owns and operates HTX, a global virtual currency exchange, and is the developer of the Huobi ECO Chain ("HECO"), which connects to the Ethereum blockchain via HTX's HECO Bridge.  As alleged in the Complaint, ¶¶ 31-34, on or about November 22, 2023, North Korean state-sponsored actors (APT38/Lazarus Group) unlawfully accessed HTX's systems, stole virtual currency valued at over $107 million from HTX and the HECO Bridge, and laundered a portion of those assets through various platforms and blockchain services.

3.     Based on blockchain tracing and records from cooperating service providers, the FBI identified and seized the Claimed Defendant Property: approximately 13.98 million USDT—traceable proceeds of the HTX and HECO Bridge theft—from TRON blockchain addresses subsequently frozen by Tether.  *See* Compl. ¶¶ 39-71.

4.     The Claimed Defendant Property represents Claimant's corporate assets unlawfully taken during a targeted cyberattack on HTX and the HECO Bridge. Claimant deployed its own resources after the theft to ensure all customer accounts remained whole, absorbing the loss itself to protect customer funds and ensure market stability. Restoring the seized USDT Claimed Defendant Property to Claimant through this verified claim will directly replace stolen reserves and mitigate the financial harm caused by the November 2023 incident.

5.     Claimant respectfully claims and requests return of the Claimed Defendant Property in full, as those assets are indisputably traceable to the criminal offenses perpetrated against Claimant, via the HTX and HECO Bridge theft, and recovery is essential to remedy that loss.

Dated:   February 2, 2026

Respectfully submitted,

FENWICK & WEST LLP

By:   /s/ *Ryan Sellinger*

Ryan Sellinger
DC Bar No. 1045230
Fenwick & West LLP
1155 F Street NW, 12th Floor
Washington, DC 20004
Email:  rsellinger@fenwick.com
Phone:  202.970.3062

*Attorney for Huobi Global S.A.*

4

# **VERIFICATION**

I, Wu Baofeng, declare under penalty of perjury under the laws of the United States of America that I am a Director of Claimant Huobi Global S.A., that I am authorized in that capacity to sign this Verification on behalf of Huobi Global S.A., and that the facts stated in this Claim are true.

Executed on February  1  , 2026.

Wu Baofeng
Director, Huobi Global S.A.

5