**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**APPROXIMATELY 13.98 MILLION USDT**<br><br>**Defendant.** | **Civil No. 25-cv-3943 (ABJ)** |

**STIPULATION BY THE UNITED STATES AND CLAIMANT HUOBI GLOBAL S.A.**

WHEREAS, on February 2, 2026, Huobi Global S.A. ("Claimant") filed a verified claim in this action seeking recovery of approximately 13.98 million in stolen USDT lawfully seized by the FBI after being traced to an attack on cryptocurrency exchange HTX and the HECO Bridge, which Claimant owns and operates;

WHEREAS, the United States of America ("United States"), by and through its attorney the United States Attorney for the District of Columbia, and Claimant through counsel, inform the Court that they are in the process of discussing resolution of the foregoing claim;

WHEREAS, the United States is also assessing two subsequently filed third party claims that appear unrelated to the events underlying the HTX and HECO Bridge attack and theft of assets, the seizure, and this civil forfeiture action;

WHEREAS, to promote judicial efficiency, the United States and Claimant agree that no answer pursuant to Supplemental Rule G(5)(b) is necessary from Claimant;

**IT IS ACCORDINGLY STIPULATED**, pursuant to LCvR 16.6, by and between the undersigned counsel for the parties, subject to approval of the Court, that no answer to the complaint shall be due from Claimant because the Defendant Property was stolen from HTX and HECO Bridge.

Pursuant to LCvR 16.6, the United States and Claimant Huobi Global S.A. concur in filing this stipulation. Claimants Han Kim and Yong Seok Kim oppose.

Dated: February 19, 2026

Respectfully Submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Rick Blaylock, Jr.*
RICK BLAYLOCK, JR.
TX Bar No. 24103294
Assistant United States Attorney
Asset Forfeiture Coordinator
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20001
(202) 252-6765

FENWICK & WEST LLP
By: /s/ Ryan Sellinger
Ryan Sellinger
DC Bar No. 1045230
Fenwick & West LLP
1155 F Street NW, 12th Floor
Washington, DC 20004
Email: rsellinger@fenwick.com
Phone: 202.970.3062
Attorney for Huobi Global S.A.