UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 13.98 Million USDT<br><br>Defendant In Rem. | Civ. No. 25-3943 (ABJ) |

To:

Charles Gerstein
GERSTEIN HARROW LLP
1629 Columbia Road NW, Suite 302
Washington, DC 20004
charlie@gerstein-harrow.com
(202) 670-4809

Jason Harrow
GERSTEIN HARROW LLP
12100 Wilshire Blvd. Ste. 800
Los Angeles, CA 90025
jason@gerstein-harrow.com
(323) 744-5293

Robert Tolchin
THE BERKMAN LAW OFFICE LLC
829 E. 15th Street, Suite Seven
Brooklyn, New York 11230
rtolchin@berkmanlaw.com
(718) 855-3627

Ryan Sellinger
FENWICK & WEST LLP
1155 F Street NW. 12th Floor
Washington, DC 20004
rsellinger@fenwick.com
(202) 970-3062

Jennifer C. Bretan
FENWICK & WEST LLP
One Front Street, 33d Floor
San Francisco, CA 94104
jbretan@fenwick.com
(415) 875-2412

David Feder
FENWICK & WEST LLP
902 Broadway, 18th Floor
New York, NY 10010
dfeder@fenwick.com
(212) 430-2790

**NOTICE OF MOTION TO STRIKE AND FOR PARTIAL JUDGMENT ON THE PLEADINGS**

PLEASE TAKE NOTICE, that as soon as counsel may be heard, JEANINE FERRIS PIRRO, United States Attorney for the District of Columbia (Jafer Aftab, Assistant U.S.

Attorney) will apply to this court for an Order to Strike with Prejudice and for Partial Judgment on the Pleadings with a Preliminary Order of Forfeiture.

In support of this motion, the United States submits the attached Brief. Also, attached for the Court are proposed Orders and a Certificate of Service. The United States requests that these motions be decided on the papers submitted, without oral argument, pursuant to Federal Rule of Civil Procedure 78.

Dated: March 13, 2026

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

S/ Jafer Aftab
Jafer Aftab
N.J. Bar No. 050341997
Assistant United States Attorney
United State's Attorney's Office
District of Columbia
(202) 252-6714
Jafer.Aftab@usdoj.gov